IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN K.A. DOE, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNIVERSITY OF THE ARTS, et al., | : | |
| *Defendant.* | : | NO. 22-cv-04561 |

### O R D E R

**AND NOW**, this 15th day of November 2022, it is hereby **ORDERED** that the Removing Defendants shall, on ECF, Answer or otherwise plead to the Complaint on or before **December 15, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**