# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| **THE UNIVERSITY OF THE ARTS, et al.,** | : | **NO. 22-4561** |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 15th day of November, 2023, upon consideration of Plaintiff's Motion for Leave to File a Supplemental Memorandum of Law in Light of New Case Law in Further Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez