IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **THE UNIVERSITY OF THE ARTS, et al.,** | : | **NO. 22-4561** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 2nd day of October, 2024, upon consideration of Defendant The University of the Arts' filing of a bankruptcy petition (*see* ECF No. 27), it is hereby **ORDERED** that this matter is **STAYED** until further order of the Court.

BY THE COURT:

/s/ Mia R. Perez

_____
Hon. Mia R. Perez