IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN K.A. DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 22-4561 |
| | : | |
| | : | |
| THE UNIVERSITY OF THE ARTS, et al. | : | |

**MOTION AND ORDER**

**AND NOW,** this 31st day of March, 2025, upon consideration of Plaintiff counsel's unopposed email motion to continue the video status conference date, (ECF. No. 31), it is hereby **ORDERED** that the motion is **GRANTED**. The Video Status Conference is **RESCHEDULED** to **Friday, April 4, 2025, at 2:15 p.m.**

BY THE COURT:

_____
HON. MIA R. PEREZ