### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **THE UNIVERSITY OF THE ARTS, et al.,** | : | **NO. 22-4561** |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 4th day of April, 2025, upon consideration of the Notice of Order from Bankruptcy Court Granting Relief From Automatic Stay (ECF No. 29), and a status conference regarding the same, it is hereby **ORDERED** that the stay in this matter is **LIFTED**.

BY THE COURT:

_____
Hon. Mia R. Perez