IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN K.A. DOE,** | : |
| | :   **CIVIL ACTION** |
|     **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **THE UNIVERSITY OF THE ARTS, et al.,** | :   **NO. 22-4561** |
| | : |
|     **Defendants.** | : |

## ORDER

**AND NOW,** this 30th day of June, 2025, upon consideration of Defendants The University of the Arts and Kathryn Donovan's Motion to Dismiss (ECF No. 14), and the responses thereto, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** to the extent it seeks to dismiss the following:

    a. Count II (pre-assault Title IX claim against the University)

    b. Count IV (general negligence against the University and Defendant Donovan)

    c. Count V (general negligence against the University)

    d. Count VI (negligent misrepresentation against the University and Defendant Donovan)

    e. Count VII (negligent infliction of emotional distress against the University and Defendant Donovan)

    f. Count VIII (intentional infliction of emotional distress against the University)

    g. Count IX (negligent retention against the University)

    h. Count X (assault and battery against the University)

2. The Motion is **DENIED** to the extent it seeks to dismiss the following:

    a.  Count I (post-assault Title IX claim against the University)

    b.  Count III (breach of contract claim against the University and Defendant Donovan)

BY THE COURT:

_____
Hon. Mia R. Perez