IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN K.A. DOE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNIVERSITY OF THE ARTS,<br>KATHRYN DONOVAN,<br>DANIEL DUNN,<br>JOHN DOES 1-5, INDIVIDUALS<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 2:22-cv-04561 |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Pursuant to Local Rule of Civil Procedure 7.4(b), counsel for Plaintiff John K.A. Doe ("Plaintiff") and counsel for Defendant The University of the Arts and Kathryn Donovan (collectively, "the University Defendants") hereby stipulate as follows:

1. Plaintiff served an Amended Complaint on December 19, 2022. (Docket No. 8.)

2. The University Defendants filed a Motion to Dismiss on January 19, 2023. (Docket No. 14.)

3. The Court issued an Order and Memorandum granting in part and dismissing in part the University Defendants' Motion to Dismiss on June 30, 2025. (Docket Nos. 36, 37.)

4. The University Defendants' Answer to the remaining averments in Plaintiff's Amended Complaint is currently due on or before July 14, 2025.

5. The University Defendants shall have an additional thirty (30) days from the current due date, or until August 13, 2025, to answer, move or otherwise respond to the Amended Complaint.

6. This Stipulation does not preclude any party from taking any other procedural steps it may deem appropriate in the interim with regard to the Court's June 30 Order.

Dated: July 14, 2025

**The Joel Bieber Firm**

*s/ Melissa Hague*
Melissa Hague
Two Liberty Place
50 South 16th Street, Suite 1700
Philadelphia, PA 19102
(804) 800-8000
mhague@joelbieber.com

*Attorney for Plaintiff John K.A. Doe*

**Saul Ewing LLP**

*s/ James A. Keller*
James A. Keller
Heather E. Kemp
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-1964
James.keller@saul.com//Heather.kemp@saul.com
*Attorneys for Defendants University of the Arts and Kathryn Donovan*

BY THE COURT:

Dated: July 14, 2025

_____
Hon Mia R. Perez