# THE JOEL BIEBER FIRM
ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| Andrew J. Adams ■ | Thomas M. Konvicka ■ |
| Joel D. Bieber ■ ▲ | Thomas D. Lane ■ |
| Gretchen M. Biersbach ■ | Steven L. Lauer ■ |
| Scott J. Bradley ▲ ○ ♠ | Lisa S. Lee * ☼ |
| Melissa L. Ephron ∆ ■ | Ryan T. McDougle ■ ⌂ |
| S. Geoffrey Glick ■ □ ▲ | Gregory T. O'Halloran ■ |
| Melissa Fry Hague ◊ ☼ | Robert L. Peresich ■ □ |
| Jason M. Hart ■ ♣ | Mark E. Rollison ● |
| Lamonte S. Hazell ■ | Michael S. Swindell, Sr. ▲ |
| Jonathan A. Hogins ■ | Edwin L. Turnage □ ▲ |
| Teresa K. Jauregui ◊ | Richard W. Zahn, Jr. ■ |

■VA  □NC  ▲SC  ○GA  ♠LA  ♦DC  ♣WV  ●MD  *MA  ☼NJ  ◊PA  ∆TX
⌂ Of Counsel

August 14, 2025

**Via ECF**
Hon. Mia Roberts Perez
Judge's Chambers
United States District Court - EDPA
6614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  RE: John K.A. Doe v. The University of the Arts, et al.
     Case No.: 2:22-cv-04561-MRP

The Honorable Judge Perez:

Please accept this letter as notification that counsel for Plaintiff has conferred with counsel for Defendants who confirmed they have no objection to Plaintiff's Motion for Leave to File a Late Opposition to Defendants' Motion for Partial Reconsideration (Dkt 46). Plaintiff's Motion for Leave to File a Late Response was filed with the court late yesterday.

Again, counsel apologizes for any inconvenience to the Court. Due to an internal IT issue, we did not receive the ECF email notification of Defense counsel's filing.

Should you have any questions, please contact me.

        Very truly yours,

        *Melissa Fry Hague*
        Melissa Fry Hague

cc: James Keller, Esquire (via email)
   Tricia Duffy, Esquire (via email)
   Heather Kemp, Esquire (via email)
   Noah Cohen, Esquire (via email)

| 6806 Paragon Pl | 272 Bendix Rd | 50 South 16th St | 15 S. Main St | 1 Olympic Pl |
|---|---|---|---|---|
| Suite 100 | Suite 350 | Suite 1700 | Suite 600 | Suite 900 |
| Richmond, VA 23230 | Virginia Beach, VA 23452 | Philadelphia, PA 19102 | Greenville, SC 29601 | Towson, MD 21204 |