IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN K.A. DOE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:22-CV-04561 |
| THE UNIVERSITY OF THE ARTS, et al., | : |
| Defendants. | : |

**ORDER**

AND NOW, this 28th day of August, 2025, upon consideration of Plaintiff's Motion for Leave to File Late Plaintiff's Opposition to Defendants' Motion for Partial Reconsideration, is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff John K.A. Doe's Response in Opposition to Defendants The University of the Arts and Kathryn Donovon's Motion for Partial Reconsideration and accompanying Memorandum of Law and Proposed Order attached as Exhibit A (ECF No. 46), is hereby deemed **FILED**.

BY THE COURT:

Hon. Mia R. Perez

1