IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN K.A. DOE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNIVERSITY OF THE ARTS, et al., | : | NO. 22-4561 |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 2nd day of September, 2025, upon consideration of Defendants The University of the Arts and Kathryn Donovan's Motion for Reconsideration (ECF No. 40), and the response thereto, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** to the extent it seeks reconsideration of the breach of contract claim against Defendant Donovan. Upon reconsideration, the breach of contract claim against Defendant Donovan is **DISMISSED**.
2. The Motion is otherwise **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez