**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **THE UNIVERSITY OF THE ARTS, et al.,** | : | **NO. 22-4561** |
| | : | |
| **Defendants.** | : | |

## ORDER

     **AND NOW,** this 2nd day of September, 2025, upon consideration of Defendants The University of the Arts and Kathryn Donovan's motion for certification of interlocutory appeal (ECF No. 42), motion to stay (ECF No. 43), and the responses thereto, it is hereby **ORDERED** that this matter is **STAYED** until there is a ruling by the Court of Appeals for the Third Circuit in *Doe v. E. Strousburg Univ. of Pennsylvania*, 2024 WL 568748 (M.D. Pa. Feb. 26, 2024) as that decision could materially impact the scope of this litigation.


BY THE COURT:

_____
Hon. Mia R. Perez