IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN K.A. DOE,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL DUNN,** *et al.*,<br><br>Defendants. | Civil Action No. 2:23-cv-00258 |
| **JOHN K.A. DOE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNIVERSITY OF THE ARTS,** *et al.*,<br><br>Defendants. | Civil Action No. 2:22-cv-04561 |

### ORDER

**AND NOW,** this 11th day of December, 2025, it is hereby **ORDERED** that in consideration of the Parties' Stipulation to Consolidate Cases, filed in *Doe v. Dunn*, No. 23-cv-00258 (ECF No. 9), it is hereby **ORDERED** that the above-captioned cases are **CONSOLIDATED**.

The Clerk of Court is **DIRECTED** to **STAY** *Doe v. Dunn*, No. 23-cv-00258, in accordance with the Stay Order issued in *Doe v. The University of the Arts*, No. 22-cv-04561 (ECF No. 53).

BY THE COURT:

_____
Hon. Mia R. Perez