## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 22-4561** |
| **THE UNIVERSITY OF THE ARTS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 23rd day of June, 2026, upon consideration of the Motion filed by Defendants University of the Arts and Kathryn Donovan to Lift the Stay and Permit a Renewed Motion to Dismiss (ECF No. 55), it is hereby **ORDERED** that Plaintiff shall file a response, if any, no later than **July 13, 2026.**

BY THE COURT:

_____
Hon. Mia R. Perez