**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **No. 22-4561** |
| **THE UNIVERSITY OF THE ARTS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 13th day of July, 2026, upon consideration of the Parties' Stipulation regarding Plaintiff's response to the Motion to Lift Stay (ECF No. 57), it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is **FURTHER ORDERED** as follows:

1. The Order requiring Plaintiff to respond to Defendants' Motion to Lift Stay (ECF No. 56) is **VACATED**.

2. The Parties shall advise the Court on the status of their settlement efforts no later than **September 15, 2026**.

BY THE COURT:

_____

Hon. Mia R. Perez