**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 22-4561** |
| **THE UNIVERSITY OF THE ARTS, *et al.*,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 16th day of September, 2026, upon consideration of the Joint Status Report filed by the parties on September 15, 2026 (ECF No. 59), it is hereby **ORDERED** that the case shall remain stayed. The parties shall file a joint status report regarding their settlement efforts no later than three days after the parties' October 5, 2026 mediation.

BY THE COURT:

Hon. Mia R. Perez