**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN K.A. DOE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| | : | **NO. 22-4561** |
| **THE UNIVERSITY OF THE ARTS, *et al.*,** | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 7th day of October, 2026, upon consideration of the Parties' Joint Status Report Regarding Settlement Efforts (ECF No. 61), it is hereby **ORDERED** that the Parties shall email this Court's Courtroom Deputy Mia Harvey (Mia_M_Harvey@paed.uscourts.gov) on or before **October 29, 2026,** regarding the status of their finalization of a Settlement Agreement.

BY THE COURT:



Hon. Mia R. Perez