**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN K.A. DOE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**THE UNIVERSITY OF THE ARTS, *et al.*,**<br><br>Defendants. | Civil Action No. 2:22-cv-04561 |
| **JOHN K.A. DOE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DANIEL DUNN, *et al.*,**<br><br>Defendants. | Civil Action No. 2:23-cv-00258 |

<u>O R D E R</u>

AND NOW**,** this 16th day of November, 2026, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes only. The Clerk of Court is directed to statistically close these matters.

**GEORGE WYLESOL,** Clerk of Court

By: /s/ Mia Harvey
Mia Harvey, Courtroom Deputy
to Judge Mia R. Perez